IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LILI XIMENA MARTINEZ RODRIGUEZ,

    Petitioner,

    v.        No. 2:25-cv-01294-KG-JFR

DORA CASTRO, et al.,

    Respondents.

## ORDER

Petitioner Lili Ximena Martinez Rodriguez filed a 28 U.S.C. § 2241 habeas petition and motion for a temporary restraining order ("TRO") in this immigration case on December 23, 2025. Docs. 1–2. The Court held a hearing on Petitioner's TRO motion on January 5, 2026. Petitioner has not yet served the Government with the petition or motion, but the Government appeared at the TRO hearing through counsel.

For the reasons stated at the TRO hearing, IT IS HEREBY ORDERED that

1. The TRO motion is held in abeyance pending further briefing from the parties;

2. The Government shall respond to the TRO motion within **10 business days** after receiving service of the habeas petition and TRO motion;

3. Petitioner may file a reply to the Government's response within **five business days** after receiving service of the response;

4. Petitioner shall serve this order on the Government and file a certificate of service with this Court indicating that she has done so; and

5. The Clerk shall send a courtesy copy of this order, the habeas petition, and the TRO motion to the U.S. Attorney's Office at the following email address: ryan.ellison@usdoj.gov.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.